# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-CV-8-SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant moves for a 60-day enlargement of time under Federal Rule of Civil Procedure 6(b)(1)(A) to respond to plaintiff's complaint. [Doc. 8.] Defendant was served on January 23, 2023, and its response is currently due by March 24, 2023. Plaintiff did not file a response to this motion and the time for doing so has passed. Good cause exists to grant the motion so that defendant may better respond to the issues raised in the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Enlargement of Time [Doc. 8] be **GRANTED** and defendant will have an additional sixty (60) days to respond to plaintiff's complaint. The response will be due by May 23, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE